FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 JUL 11 PM 1:49
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RONNIE EUGENE WILLIAMS, )
)
    Petitioner, )
)
v. ) CASE NO. CV419-121
)
JAMES DEAL, Warden, )
)
    Respondent. )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which objections have been filed (Doc. 5). After a careful de novo review of the record, the Court concludes that Petitioner's objections are without merit. Accordingly, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Petitioner's petition (Doc. 1) is **DISMISSED**. In addition, Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is **DIRECTED** to close this case.

Petitioner has filed this instant 28 U.S.C. § 2254 petition, which the Magistrate Judge construed as a 28 U.S.C. § 2241 petition, seeking immediate release from confinement. Petitioner contends that he has fully served his state sentence and should be released. (Doc. 1 at 5.) This Court agrees with

the Magistrate Judge's conclusions that this instant petition is a successive habeas petition and that, even if Petitioner's petition was authorized procedurally, it is meritless substantively. (Doc. 4 at 2-4.) As identified by the Magistrate Judge, Petitioner has filed no less than three prior habeas actions on the same grounds that Petitioner argues in this petition: that he is entitled to immediate release because he has fully served his state sentence. (Id. at 2.) Accordingly, as Petitioner has not received authorization from the United States Court of Appeals for the Eleventh Circuit to bring this successive petition, this Court does not have jurisdiction to entertain the current petition. Additionally, as noted by the Magistrate Judge, this Court has previously rejected Petitioner's arguments on the merits. (Id. at 3 (citing to Williams v. Toole, No. CV414-088, 2015 WL 5882976, at *1 (S.D. Ga. Oct. 7, 2015)).)

SO ORDERED this 11th day of July 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA