# United States District Court
## Southern District of Georgia

Ronnie Eugene Williams,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV419-121

James Deal, Warden,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 7/11/19, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the petition and rendering moot any request for in forma pauperis status on appeal. This case stands closed.



| 7/12/19 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |